(Official Form 1) (12/03)                                                                                                                                             FORM B1

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY, CAMDEN DIVISIONAL OFFICE | **Voluntary Petition** |
|---|---|

| Name of Debtor (If Individual, enter Last, First, Middle):<br>**TRUMP HOTELS & CASINO RESORTS FUNDING, INC.,**<br>**a Delaware corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>**13-3818405** | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>**1000 Boardwalk at Virginia Avenue**<br>**Atlantic City, New Jersey 08401** | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br>**Atlantic County** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**same** | Mailing Address of Joint Debtor (if different from Street Address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**same** | |

### Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this district.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s)    ☐ Railroad | | ☐ Chapter 7 | ☑ Chapter 11 | ☐ Chapter 13 |
| ☑ Corporation    ☐ Stockbroker | | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership    ☐ Commodity Broker | | ☐ Sec. 304 - Case Ancillary to foreign proceeding | | |
| ☐ Other _____ | | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ☑ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business (Check all boxes that apply)** | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the Court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3 |
| ☐ Debtor is a small business as defined In 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

Statistical/Administrative Information (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**THIS SPACE FOR COURT USE ONLY**

**Estimated Assets**

| $0 - 50,000 | $50,000-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0-50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

11/20/2004 Tab 21

LA\1316677.2

(Official Form 1) (12/03)  FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**TRUMP HOTELS & CASINO RESORTS FUNDING, INC.,**<br>a Delaware corporation |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (if more than one, attach additional sheet)

| Name of Debtor: **See attached Statement of Related Cases** | Case Number: | Date Filed: |
|---|---|---|
| District: **U.S.B.C., District of New Jersey** | Relationship: **Affiliate** | Judge: |

**Signatures**

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Debtor

_____
Signature of Joint Debtor

_____
Telephone and Fax Number (If not represented by attorney)

_____
Date

**Signature of Attorney for Debtors**

**X** /s/ Charles A. Stanziale, Jr.
Charles A. Stanziale, Jr.
Date: November 21, 2004   (CS 1227)

SCHWARTZ, TOBIA, STANZIALE, SEDITA & CAMPISANO
Charles A. Stanziale, Jr. (CS 1227); Jeffrey T. Testa (JT 1127)
William N. Stahl (WS 0397)
Kip's Castle
22 Crestmount Road
Montclair, NJ 07042
Telephone: (973) 746-6000; Fax: (973) 655-0699

LATHAM & WATKINS LLP
Robert A. Klyman
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234; Fax: (213) 891-8763
Email: robert.klyman@lw.com

Mark A. Broude; John W. Weiss (JW 5194)
885 Third Avenue, Suite 1000
New York, NY 10022-4802
Telephone: (212) 906-1200; Fax: (212) 751-4864
Email: mark.broude@lw.com; john.weiss@lw.com

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  \s\ John P. Burke
Signature of Authorized Individual
John P. Burke
Printed Name of Authorized Individual
Executive Vice President and Corporate Treasurer
Title of Authorized Individual
November 21, 2004
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☑   Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

_____   _____
Signature of Attorney for Debtor(s)       Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**N/A**
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

11/20/2004 Tab 21
LA\1316677.2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| In re | Chapter 11 |
|---|---|
| TRUMP HOTELS & CASINO RESORTS FUNDING, INC., a Delaware corporation, | Case No. _____ |
| Debtor. | |

## EXHIBIT "A" TO VOLUNTARY PETITION

1.   Debtor's parent's securities are registered under Section 12 of the Securities Exchange Act of 1934, and its SEC file number is 1-13794.

2.   The following unaudited financial data is the latest available information and refers to the Debtor's condition on October 31, 2004 on a book value basis.

|   |   |   |
|---|---|---|
| a. | Total assets: | $704 |
| b. | Total debts including debts listed in 2.c. below: | 0 |
| c. | Debt securities held by more than 500 holders: | N/A |
| d. | Number of shares of preferred stock: | N/A |
| e. | Number of shares of common stock outstanding as of October 31, 2004: | 100 |

3.   Brief description of Debtor's business: Debtor, together with its related debtor entities, owns and operates hotels and casino resorts.

4.   List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor: Trump Hotels & Casino Resorts Holdings, L.P.; see attached organization chart, which lists the ownership structure of the Debtor and its affiliates.

## Organizational Structure

The following simplified chart depicts the Company and its principal subsidiaries:



[1] Trump Indiana Casino Management LLC is not a subsidiary guarantor of the First and Second Priority Mortgage Notes of Trump Casino Holdings, LLC and Trump Casino Funding, Inc.

**EXHIBIT "A" TO THE VOLUNTARY PETITION**

**Trump Hotels & Casino Resorts Funding, Inc.**

**Trump Atlantic City Holding, Inc.**

ACTION BY UNANIMOUS WRITTEN CONSENT OF THE
BOARD OF DIRECTORS

November 18, 2004

---

Pursuant to Section 141(f) of the
Delaware General Corporation Law

---

The undersigned, being all of the members of the Board of Directors of each of Trump Hotels & Casino Resorts Funding, Inc. ("THCR Funding"), a Delaware corporation, and Trump Atlantic City Holding, Inc. ("TAC Holding"), a Delaware corporation (collectively, the "Debtors"), acting by unanimous written consent without a meeting pursuant to Section 141(f) of the Delaware General Corporation Law, hereby consent to the adoption of the resolutions attached hereto with the same force and effect as if they had been unanimously adopted at a duly convened meeting of each of the Boards of Directors of the Debtors. This Action by Unanimous Written Consent may be executed in counterpart copies, each of which shall be deemed to be an original but all of which together shall constitute one Action by Unanimous Written Consent.

**Filing of Bankruptcy Petition; Approval of Plan; Debtor-in-Possession Credit Facility**

**RESOLVED**, that each of the Debtors' Board of Directors has determined, based upon current events and after consultation with counsel, that it is desirable and in the best interests of each of the Debtors, and such Debtor's creditors, stockholders, bondholders and other interested parties, that a petition be filed by each of the Debtors under the provisions of 11 U.S.C. (the "Bankruptcy Code");

**FURTHER RESOLVED**, that a petition under said chapter 11 shall be filed as submitted by the President and Chief Executive Officer, Executive Vice President of Corporate Finance and Chief Financial Officer and Executive Vice President and Treasurer of THCR Funding, and the President, Secretary and Vice President, Vice President and Chief Financial Officer and the Vice President and Treasurer of TAC Holding (collectively, the "Authorized Officers"), or each Authorized Officer acting singly, and the same is hereby approved and adopted in all respects, and such Authorized Officer is hereby authorized, directed and empowered, on behalf of and in the name of each of the respective Debtors, to execute and verify such petition and to cause the same to the filed with the United States Bankruptcy Court for the District of New Jersey or such other federal court of competent jurisdiction that such Authorized Officer shall deem necessary, appropriate or desirable (the "Bankruptcy Court");

**FURTHER RESOLVED**, that the plan of reorganization substantially in the form presented to the Boards of Directors (the "Plan") is hereby approved as the Debtors' Plan under the Bankruptcy Code, and each Authorized Officer is hereby authorized, directed and empowered, in such Authorized Officer's discretion, on behalf of and in the name of each of the respective Debtors and their respective subsidiaries to authorize the Plan, and to cause the same to be filed, as may be modified or amended from time to time, in the Bankruptcy Court at such time as such Authorized Officer shall determine;

**FURTHER RESOLVED**, that each Authorized Officer is hereby authorized, directed and empowered to negotiate, execute and obtain a debtor-in-possession credit facility or cash collateral agreement (including, in connection therewith, such notes, security agreements and other agreements or instruments as such Authorized Officer considers appropriate) on such terms and conditions that such Authorized Officer may consider necessary, appropriate or desirable; and

**FURTHER RESOLVED**, that each Authorized Officer is hereby authorized, directed and empowered to execute, verify and/or file, or cause to be executed, verified and/or filed, all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, pleadings, lists, statements of financial affairs and other papers and to take any and all actions that such Authorized Officer shall deem necessary, appropriate or desirable in connection with the proceedings under the Bankruptcy Code.

## Appointment of Professionals

**RESOLVED**, that the law firm of Latham & Watkins LLP is hereby retained as legal counsel for the Debtors, in connection with the commencement and maintaining of such proceedings and any other matters in connection therewith, and each Authorized Officer is hereby authorized, directed and empowered to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases, and cause to be filed an appropriate application for authority to retain the services of Latham & Watkins LLP;

**FURTHER RESOLVED**, that the law firm of Schwartz, Tobia, Stanziale, Sedita & Campisano is hereby retained as legal counsel for the Debtors, in connection with the commencement and maintaining of such proceedings and any other matters in connection therewith, and each Authorized Officer is hereby authorized, directed and empowered to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases, and cause to be filed an appropriate application for authority to retain the services of Schwartz, Tobia, Stanziale, Sedita & Campisano;

**FURTHER RESOLVED**, that the firm of Ernst & Young LLP is hereby retained to provide auditing, accounting, tax and related services to the Debtors, in connection with the commencement and maintaining of such proceedings and any other matters in connection therewith, and each Authorized Officer is hereby authorized, directed and empowered to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the

filing of the chapter 11 cases, and cause to be filed an appropriate application for authority to retain the services of Ernst & Young LLP;

**FURTHER RESOLVED**, that each Authorized Officer is hereby authorized, directed and empowered, on behalf of, and in the name of, the Debtors to retain and employ such attorneys, investment bankers, accountants, restructuring professionals, experts, advisors and other professionals to assist in the Debtors' chapter 11 cases on such terms as are deemed necessary, appropriate or desirable; and

**FURTHER RESOLVED**, that the Authorized Officers and any employees, agents, attorneys, investment bankers, accountants, advisors and other professionals designated by or directed by any such Authorized Officers, be, and each hereby is, authorized, directed and empowered on behalf of, and in the name of, the respective Debtors to cause such Debtors and such of their respective affiliates as management deems appropriate to file such other authorized agreements, instruments and documents as may be necessary, appropriate or desirable in connection with the chapter 11 cases and to make such authorized motions and other filings with the Bankruptcy Court, and do all other things, as may be or become necessary, appropriate or desirable for the successful confirmation of the Plan.

**Approval of Other Actions; General Authorization; Additional Resolutions**

**RESOLVED**, that, consistent with the foregoing resolutions, each Authorized Officer is hereby authorized, directed and empowered, in such Authorized Officer's discretion, on behalf of and in the name of the respective Debtors and their respective subsidiaries, to (i) prepare, execute and deliver or cause to be prepared, executed and delivered, and where necessary, appropriate or desirable, file or cause to be filed with the appropriate governmental authorities, all other agreements, instruments and documents, including but not limited to all certificates, contracts, bonds, receipts or other papers, (ii) incur and pay or cause to be paid all fees, expenses and taxes, including without limitation, legal fees and expenses, (iii) engage such persons as such Authorized Officer shall in his judgment determine to be necessary, appropriate or desirable, and (iv) do any and all other acts and things as such Authorized Officer deems necessary, appropriate or desirable to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby (and the doing of any such act or thing shall be conclusive evidence that the same is deemed necessary, appropriate or desirable); and

**FURTHER RESOLVED**, that any and all actions heretofore or hereafter taken in the name and on behalf of each of the respective Debtors by any Authorized Officer or any employee, agent, attorney, investment banker, accountant, advisor or other professional designated by or directed by any Authorized Officer in connection with or related to the matters set forth in or contemplated by the foregoing resolutions be, and they hereby are, adopted, confirmed, approved and ratified in all respects as the act and deed of the respective Debtors.

[Signature Page Follows]

11/21/2004 Tab 18, 21

LA\1347958.6

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of Directors of each of the Debtors, have executed this Action by Unanimous Written Consent as of the date indicated above. This Action by Unanimous Written Consent may be executed in any number of counterparts, all of which together constitute one Action by Unanimous Written Consent of each of the Debtors.


/s/ Donald J. Trump
_____
Donald J. Trump


/s/ Wallace B. Askins
_____
Wallace B. Askins


/s/ Don M. Thomas
_____
Don M. Thomas


[Trump Hotels & Casino Resorts Funding, Inc. and Trump Atlantic City Holding, Inc.]

11/21/2004 Tab 18, 21

LA\1347958.6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| In re<br><br>TRUMP HOTELS & CASINO RESORTS FUNDING, INC., a Delaware corporation,<br><br>Debtor. | Case No. _____<br><br>Chapter 11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The following is a list of the Debtor's creditors holding the 20 largest unsecured claims. This list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) those persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

**LEGEND:**  (1)  Name of Creditor and complete mailing address including zip code.

(2) Name, telephone number, facsimile number, and complete mailing address, including zip code, of employee, agent or department of Creditor familiar with claim who may be contacted.

(3) Nature of claim (trade debt, bank loan, government contract, etc.)

(4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff.

(5) Amount of claim (if secured, also state value of security).

The following information is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below listed claims; and/or (3) a waiver of any other right or legal position of the Debtor. The claims listed represent the face amount of such claim.

I, John P. Burke, Executive Vice President and Corporate Treasurer of the Debtor, declare under penalty of perjury, that I have read the attached List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of my information and belief.

DATED: November 21, 2004          /s/ John P. Burke
                                  John P. Burke,
                                  Executive Vice President and
                                  Corporate Treasurer

11/20/2004 Tab 21

LA\1209138.3

| Name and Address of Creditor | Creditor Contact | Nature of Claim | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Charles A. Stanziale, Jr. (CS 1227)
Jeffrey T. Testa (JT 1127)
William N. Stahl (WS 0397)
SCHWARTZ, TOBIA, STANZIALE, SEDITA & CAMPISANO
Kip's Castle
22 Crestmount Road
Montclair, NJ 07042
Telephone: (973) 746-6000
Telecopy: (973) 655-0699

Robert A. Klyman
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Telecopy: (213) 891-8763
Email: robert.klyman@lw.com

Mark A. Broude
John W. Weiss (JW 5194)
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4802
Telephone: (212) 906-1200
Telecopy: (212) 751-4864
Email: mark.broude@lw.com
john.weiss@lw.com

Proposed Counsel for
Debtors and Debtors in Possession

| | |
|---|---|
| In re:<br><br>TRUMP HOTELS & CASINO RESORTS FUNDING, INC., a Delaware corporation,<br><br>Debtor. | Chapter 11<br><br>Case No. _____<br><br>No Hearing Required |

**LIST OF EQUITY SECURITY HOLDERS**

11/20/2004    Tab 21

LA\1316714.2

Submitted herewith, concurrently with the Voluntary Petition for the above-referenced debtor, is a list of equity security holders of Trump Hotels & Casino Resorts Funding, Inc.

I, John P. Burke, Executive Vice President and Corporate Treasurer of the Debtor, declare under penalty of perjury, that I have read the attached List of Equity Security Holders, and that it is true and correct to the best of my information and belief.

Executed this 21st day of November, 2004, at Atlantic City, New Jersey.

/s/  John P. Burke
John P. Burke,
Executive Vice President and Corporate Treasurer

# LIST OF EQUITY SECURITY HOLDERS

| OWNERSHIP | TYPE OF OWNERSHIP | NUMBER OF SHARES |
|---|---|---|
| Trump Hotels & Casino Resorts Holdings, L.P. | Wholly owned | 100% |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Charles A. Stanziale, Jr. (CS 1227)<br>Jeffrey T. Testa (JT 1127)<br>William N. Stahl (WS 0397)<br>SCHWARTZ, TOBIA, STANZIALE, SEDITA &<br>CAMPISANO<br>Kip's Castle<br>22 Crestmount Road<br>Montclair, NJ 07042<br>Telephone: (973) 746-6000<br>Telecopy: (973) 655-0699<br><br>Robert A. Klyman<br>LATHAM & WATKINS LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>Telephone: (213) 485-1234<br>Telecopy: (213) 891-8763<br>Email: robert.klyman@lw.com<br><br>Mark A. Broude<br>John W. Weiss (JW 5194)<br>LATHAM & WATKINS LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4802<br>Telephone: (212) 906-1200<br>Telecopy: (212) 751-4864<br>Email: mark.broude@lw.com<br>john.weiss@lw.com<br><br>Proposed Counsel for<br>Debtors and Debtors in Possession | |
| In re:<br><br>TRUMP HOTELS & CASINO RESORTS FUNDING,<br>INC., a Delaware corporation,<br><br>                    Debtor. | Chapter 11<br><br>Case No.: _____<br><br>No Hearing Required |

## SUBMISSION OF CREDITOR MATRIX

Submitted herewith, concurrently with the Voluntary Petition for the above-captioned debtor, is the Creditor Matrix, which complies with the instructions set forth in the District of New Jersey Local Bankruptcy Rule 1007-2(a), (b), (c), and (d).

I, John P. Burke, Executive Vice President and Corporate Treasurer of the Debtor, declare under penalty of perjury, that I have read the attached Creditor Matrix, and that it is true and correct to the best of my information and belief.

Executed this 21st day of November, 2004, at Atlantic City, New Jersey.

/s/   John P. Burke
John P. Burke,
Executive Vice President and Corporate Treasurer

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Charles A. Stanziale, Jr. (CS 1227)
Jeffrey T. Testa (JT 1127)
William N. Stahl (WS 0397)
SCHWARTZ, TOBIA, STANZIALE, SEDITA &
CAMPISANO
Kip's Castle
22 Crestmount Road
Montclair, NJ 07042
Telephone: (973) 746-6000
Telecopy: (973) 655-0699

Robert A. Klyman
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Telecopy: (213) 891-8763
Email: robert.klyman@lw.com

Mark A. Broude
John W. Weiss (JW 5194)
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4802
Telephone: (212) 906-1200
Telecopy: (212) 751-4864
Email: mark.broude@lw.com
john.weiss@lw.com

Proposed Counsel for
Debtors and Debtors in Possession

---

In re:

TRUMP HOTELS & CASINO RESORTS FUNDING, INC., a Delaware corporation,

Debtor.

Chapter 11

Case No.: _____

No Hearing Required

**STATEMENT OF RELATED CASES**

LA\1343372.1

11/20/2004    Tab 1

Attached hereto is the Statement of Related Cases for all affiliated Debtors herein.

Dated: November 21, 2004

Respectfully submitted,

\s\ Charles A. Stanziale, Jr.
Charles A. Stanziale, Jr.

SCHWARTZ, TOBIA, STANZIALE, SEDITA & CAMPISANO
Charles A. Stanziale, Jr. (CS 1227)
Jeffrey T. Testa (JT 1127)
William N. Stahl (WS 0397)
Kip's Castle
22 Crestmount Road
Montclair, NJ 07042
Telephone: (973) 746-6000
Telecopy: (973) 655-0699

LATHAM & WATKINS LLP
Robert A. Klyman
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Telecopy: (213) 891-8763

Mark A. Broude
John W. Weiss (JW 5194)
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4802
Telephone: (212) 906-1200
Telecopy: (212) 751-4864

*Proposed Counsel for Debtors and Debtors in Possession*

1. THCR/LP Corporation
2. Trump Plaza Associates
3. Trump Marina Associates, L.P.
4. Trump Indiana Realty, LLC
5. Trump Indiana Casino Management, LLC
6. THCR Management Holdings, LLC
7. THCR Management Services, LLC
8. THCR Enterprises, LLC
9. THCR Enterprises, Inc.
10. Trump Internet Casino, LLC
11. Trump Hotels & Casino Resorts Development Company, LLC
12. Trump Atlantic City Associates
13. Trump Casino Holdings, LLC
14. Trump Casino Funding, Inc.
15. Trump Atlantic City Funding, Inc.
16. Trump Marina, Inc.
17. Trump Hotels & Casino Resorts Holdings, L.P.
18. Trump Atlantic City Holding, Inc.
19. Trump Hotels & Casino Resorts, Inc.
20. THCR Holding Corp.
21. Trump Hotels & Casino Resorts Funding, Inc.
22. Trump Plaza Funding, Inc.
23. Trump Atlantic City Funding II, Inc.
24. Trump Atlantic City Funding III, Inc
25. Trump Atlantic City Corporation
26. Trump Taj Mahal Associates
27. Trump Indiana, Inc.
28. THCR Ventures, Inc.